**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Raymundo Hernandez Gonzalez,<br><br>    Plaintiff,<br><br>  v.<br><br>Attorney General, et al.,<br><br>    Defendants. | CIV-06-1004-PHX-SMM<br><br>**ORDER** |

Having considered the Motion for Enlargement of Time Limitations within which to answer or otherwise respond to the complaint in the above-entitled case (dkt. 7), and finding good cause,

IT IS HEREBY ORDERED that defendant shall have to and including Friday, August 25, 2006, within which to answer or otherwise respond to the complaint. (Dkt. 7.)

DATED this 24th day of July, 2006.

Stephen M. McNamee
United States District Judge