Dori L. Zavala, Esq.
AZ Bar. No. 020744
Zavala Law Offices, L.L.C.
9524 W. Camelback Rd., Ste. 130
Glendale, Arizona 85305
(602) 230-2056
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**
**PHOENIX, ARIZONA**

| | |
|---|---|
| Raymundo Hernandez Gonzalez, ) | |
|      Plaintiff, ) | Civil Action No. 2:06-cv-1004 |
| v. ) | |
| ) | |
| Alberto R. Gonzales, Attorney General; ) | |
| Michael Chertoff, Secretary, Department of ) | |
| Homeland Security; ) | |
| Emilio González, Director, US ) | |
| Citizenship & Immigration Services; ) | |
| Robert Okin, District Director, US ) | |
| Citizenship & Immigration Services ) | |
| (Phoenix District Office); ) | **MOTION TO WITHDRAW AS** |
| Robert S. Mueller, Director, Federal ) | **PLAINTIFF'S COUNSEL** |
| Bureau of Investigation. ) | |
| ) | |
|      Defendants. ) | |
| _____ ) | |

**MOTION TO WITHDRAW AS PLAINTIFF'S COUNSEL**

Undersigned counsel, Dori L. Zavala, respectfully moves this court to be permitted to withdraw as Plaintiff's counsel in the present case. Despite repeated efforts over the last two months, undersigned counsel has been unable to communicate with Plaintiff either via telephone or via mail. This inability to communicate with Plaintiff necessitates undersigned counsel's withdrawal from the case. The last known address for Plaintiff is as follows:

> Raymundo Hernandez
> 5444 West State Avenue
> Glendale, AZ 85301

DATED: June 27th, 2007

> Respectfully submitted,
>
> /s/ Dori L. Zavala, Esq.
> Attorney for Plaintiff