**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Raymundo Hernandez Gonzalez, | CV 06-1004-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Attorney General et al, | |
| Defendants. | |

Pending before the Court is the Motion to Withdraw as Attorney (Doc. 14) filed by Dori Zavala, attorney representing Plaintiff Raymundo Hernandez Gonzalez.

With regard to the withdrawal of attorney representatives, the Local Rules of the United States District Court for the District of Arizona provide in pertinent part:

> (b) **Withdrawal and Substitution**. No attorney shall be permitted to withdraw or be substituted as attorney of record in any pending action except by formal written order of the Court, supported by written application setting forth the reasons therefor together with the name, last known residence and last known telephone number of the client, as follows:
> (2) **Where such application does not bear the written approval of the client, it shall be made by motion and shall be served upon the client and all other parties or their attorneys. The motion shall be accompanied by a certificate of the attorney making the motion that** (A) the client has been notified in writing of the status of the case including the dates and times of any court hearings or trial settings, pending compliance with any existing court orders and the possibility of sanctions, or **(B) the client cannot be located or for whatever other reason cannot be notified of the pendency of the motion and the status of the case.**

LRCiv 83.3(b).

1
2
3
4
5
6

Here, Ms. Zavala has not provided the Court with a certificate accompanying the motion pursuant to Rule 83.3(b)(2) demonstrating that she has either notified Mr. Gonzalez in writing of the status of the case or that the Mr. Gonzalez cannot be located or for whatever other reason cannot be notified of the pendency of the motion and the status of the case. Because the rules provide that a certificate shall accompany a motion to withdraw, the Court finds that Ms. Zavala's motion must be denied without prejudice.

7

Accordingly,

8
9

**IT IS HEREBY ORDERED DENYING** the Motion to Withdraw with leave to refile in accordance with the local rules.[1]

10

DATED this 29th day of June, 2007.

11
12
13
14

Stephen M. McNamee
United States District Judge

15
16
17
18
19
20
21
22
23
24
25
26
27
28

---

[1] Counsel is also advised to pay close attention to LRCiv. 7.1(b) and (c) when filing any documents with this Court.

- 2 -