**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Raymundo Hernandez Gonzalez, | CV 06-1004-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Attorney General et al, | |
| Defendants. | |

Pending before the Court is the Amended Motion to Withdraw as Attorney (Doc. 16) filed by Dori Zavala, attorney representing Plaintiff Raymundo Hernandez Gonzalez. According to Ms. Zavala, despite repeated efforts over the last two months, counsel has been unable to communicate with Plaintiff thereby necessitating counsel's withdrawal from the case.

Accordingly,

**IT IS HEREBY ORDERED GRANTING** Dori Zavala's Motion to Withdraw as Attorney for Plaintiff Raymundo Hernandez Gonzalez.[1]

DATED this 9th day of July, 2007.

Stephen M. McNamee
United States District Judge

---

[1] Counsel is advised that the next time she fails to provide the Court with a proposed order pursuant to LRCiv. 7.1, her request for relief will be denied.